BABHO REALTY CO., INC., Respondent, v. FANNIE R. FEFFER and WILLIAM FEFFER, Appellants.— Order enjoining negotiation of notes reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for temporary injunction denied, with ten dollars costs. Appeal from order denying motion for reargument dismissed, such order not being appealable. The action is for damages for fraud. Rescission is not sought. The plaintiff affirms the contract but by virtue of the alleged fraud demands damages therefor. The transfer of the notes given as part of the consideration is attempted incidentally to be restrained. This does not bring the case within section 877 of the Civil Practice Act, where the right to an injunction depends upon the nature of the action; nor is the case one provided for by subdivision 1 of section 878 of the Civil Practice Act, where the right to an injunction *pendente lite* depends upon a showing that defendants, during the pendency of the action, are doing or threaten to do an act in violation of plaintiff's rights *respecting the subject of the action and tending to render the judgment ineffectual*. (*Weber* v. *Freifeld*, 204 App. Div. 413; *Goldin* v. *Tauster*, 68 Misc. 459.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

HENRY L. BOGERT, Appellant, v. TIMOTHY RIORDAN and Others, Respondents, and Others, Defendants.— Order denying plaintiff's motion for judgment on the pleadings reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. As the plaintiff has not demanded any deficiency judgment against the defendants, a counterclaim based upon plaintiff's breach of a covenant contained in his deed may not be interposed in this action to foreclose a purchase-money mortgage. (*National Fire Ins. Co.* v. *McKay*, 21 N. Y. 191; *Merchants' Nat. Bank* v. *Snyder*, 52 App. Div. 606; affd., 170 N. Y. 565; *Lipman* v. *J. A. I. Works*, 128 id. 58.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ABRAHAM COLTON and ISAAC JABLIN, Appellants, v. COURT SQUARE CONSTRUCTION CORPORATION and RODAX REALTY CORPORATION, Respondents.— Judgments reversed upon the law and the facts and a new trial granted, costs to appellants to abide the event, upon the ground that the proofs presented questions of fact. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.

LOUIS CORONATO, Respondent, v. LAVIERE CORONATO and CLAUDIA CORONATO, Appellants.— Order dismissing complaint unless plaintiff notice the action for the October term and file a note of issue for that term affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

LOUISA D'AURIO and FRANK D'AURIO, as Administrators, etc., of NICHOLAS D'AURIO, Deceased, Respondents, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant, and LONG ISLAND RAILROAD COMPANY, Defendant.— Order denying motion of defendant The New York, New Haven and Hartford Railroad Company for permission to amend its motions made after rendition of verdict, or, in the alternative, under section 459 of the Civil Practice Act, for an order rendering judgment for said defendant, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.